UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 15-00743-CJC(RNBx)           Date: August 19, 2015

Title: <u>INSIGHT INVESTMENTS, LLC V. NORRIS TECHNOLOGIES, INC., ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Melissa Kunig</u>           <u>   N/A   </u>
Deputy Clerk           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED AS TO DEFENDANT WHOLESALE WAREHOUSE, INC. FOR LACK OF PERSONAL JURISDICTION**

       On May 11, 2015, Plaintiff Insight Investments, Inc. ("Insight") brought this action against Defendants Norris Technologies, Inc. ("Norris") and Wholesale Warehouse, Inc. ("Wholesale"). (Dkt. No. 1.) The Court dismissed Norris for lack of personal jurisdiction on August 13. (Dkt. No. 24.) Wholesale has yet to appear in this action, and the Clerk of the Court entered default against it on June 23. (Dkt. No. 17.) However, given the factual background of this case and the dismissal of Norris for lack of personal jurisdiction, the Court has concerns as to whether personal jurisdiction exists over Wholesale. Accordingly, Insight is **ORDERED** to show cause why this case should not be dismissed as to Wholesale for lack of personal jurisdiction. Insight shall file and serve a response to this order to show cause by **August 31, 2015**.

       The hearing on Insight's application for default judgment, currently set for August 31, 2015 at 1:30 p.m., is hereby **VACATED** and will be re-scheduled if necessary after the Court's review of Insight's response to this Order.

sr

MINUTES FORM 11
CIVIL-GEN           Initials of Deputy Clerk MKU